AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ California

PENN-STAR INSURANCE COMPANY
           Plaintiff (s),

V.

ZENITH INSURANCE COMPANY, et al.
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:18-CV-01319-DAD-EP

Notice is hereby given that, subject to approval by the court, __Zenith Insurance Company, et al.__ substitutes
                                                                                                (Party (s) Name)

__Karen L. Uno__, State Bar No. __117410__ as counsel of record in
   (Name of New Attorney)

place of __Karen L. Uno__ .
                                      (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
   Firm Name: BHC Law Group, LLP
   Address: 5900 Hollis Street, Suite O, Emeryville, CA 94608
   Telephone: (510) 658-3600     Facsimile (510) 658-1151
   E-Mail (Optional):

I consent to the above substitution.
Date: 12/17/19

                                      ZENITH INSURANCE COMPANY
                                      (Signature of Party (s))
                                      Karen L. Uno

I consent to being substituted.
Date: December 17, 2019

                                      (Signature of Former Attorney (s))
                                      Karen L. Uno

I consent to the above substitution.
Date: December 17, 2019

                                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/2/2020                                 _____
                                                                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

FILED JAN 02 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY

# CERTIFICATE OF SERVICE

*Penn Star Insurance Company v. Zenith Insurance Company, et al.*
United States District Court, Eastern Division, Case No. 1:18-CV-01319-DAD-EPG

I, Jerry M. Dumlao, declare that I am employed in the County of Alameda, State of California; I am over the age of eighteen (18) years and not a party to the within entitled action; my business address is 1255 Powell Street, Emeryville, California 94608.

On **December 27, 2019**, I caused to be served the foregoing:

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

In said action by placing a true copy thereof enclosed in a sealed envelope and served in the manner and/or manners described below to each of the parties herein and addressed as follows:

| | |
|---|---|
| *Attorneys for Plaintiff* | James C. Nielsen, Esq.<br>Megan W. Wendell<br>NIELSEN, HALEY & ABBOTT, LLP<br>100 Smith Ranch Road, Suite 350<br>San Rafael, CA 94903<br>Telephone: (415) 693-0900<br>Facsimile: (415) 693-9674<br>Email: jnielsen@nielsenhaley.com<br>mwendell@nielsenhaey.com |
| *Attorneys for Defendant*<br>GOLDEN LABORSERVICES, LLC | James H. Wilkins, #116364<br>WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>6785 N. Willow Ave.<br>Fresno, CA 93710<br>Telephone: (559) 438-2390<br>Facsimile: (559) 438-2393<br>Email: j.wilkins@wdcllp.com |

☒ (By Electronic Service) (via electronic service provider) By electronically transmitting the document(s) listed above to ECF website. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2053, 2055, 2060.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed **December 27, 2019**, at Emeryville, California.

_____
Jerry M. Dumlao

1
PROOF OF SERVICE