# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, et al.<br><br>Defendants. | Case No.: 1:18-cv-01319-DAD-EPG<br><br>**ORDER VACATING SCHEUDLING ORDER, CONTINUING SCHEDULING CONFERENCE, AND OTHERWISE STAYING CASE**<br><br>(ECF No. 54) |

On April 13, 2020, the parties submitted a joint status report in advance of their April 21, 2020 Mid-Discovery Status Conference. (ECF No. 54.) The parties agreed that no further substantive rulings can be made in this matter until an underlying state action is resolved. The parties inform the court that the state action, which was set for trial on June 22, 2020, has been put off on account of COVID-19. Accordingly, they request that the Court vacate the current dates in the insurance action, set a status conference in approximately 120 days, and otherwise stay the action.

The Court GRANTS the parties' request.

//

//

//

For the aforementioned reasons, IT IS ORDERED that:

1. The deadlines set in Case No. 1:18-cv-01319, (ECF Nos. 25, 41, 42, 53), are hereby VACATED.
2. The Mid-Discovery Scheduling Conference scheduled for April 21, 2020, is CONTINUED until July 27, 2020, at 9:30 a.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean.
    a. The parties may appear telephonically, with each party directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.
    b. The parties are also reminded to file a joint statement outlining any proposals or disputes about a revised schedule, with said statement due one full week prior to the conference.
3. This case is otherwise STAYED.

IT IS SO ORDERED.

Dated: **April 14, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2