UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PENN-STAR INSURANCE COMPANY, | No. 1:18-cv-01319-DAD-EPG |
|---|---|
| Plaintiff, | |
| v. | ORDER MODIFYING SCHEDULING ORDER |
| ZENITH INSURANCE COMPANY, et al., | |
| Defendants. | |

On August 19, 2020, the parties filed a joint status report (ECF No. 58) to concern scheduling following the Court's order denying Plaintiff Penn-Star Insurance Company's ("Penn-Star") motion for summary judgment. Finding good cause, the Court hereby modifies the scheduling order as follows:

| Date | Event |
|---|---|
| August 28, 2020 | Penn-Star and Defendant Zenith Insurance Company ("Zenith") exchange their respective information and supporting documentation setting out the sums paid in defense of the *Garcia* action described in the joint status report and for which they claim reimbursement from the other. |
| September 4, 2020 | Deadline for Zenith to file and serve its counterclaim against Penn-Star |
| September 25, 2020 | Deadline for Penn-Star and Zenith to prepare a stipulation of agreed facts and documents to support their respective motions. |

1

| | |
|---|---|
| September 25, 2020 | Deadline for Penn-Star to file and serve its answer to Zenith's counterclaim |
| October 19, 2020 | Deadline for Penn-Star and Zenith file cross-motions for summary judgment |
| November 9, 2020 | Deadline for Penn-Star and Zenith to file their oppositions to cross-motions for summary judgment |
| November 19, 2020 | Deadline for Penn-Star and Zenith to file their replies in support of their respective cross-motions for summary judgment |
| March 29, 2021, at 1:30 p.m. | Pretrial conference |
| June 2, 2021, at 8:30 a.m. | Trial |

IT IS SO ORDERED.

Dated:  **August 27, 2020**                   /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE

2