UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No.   1:18-cv-01319-ADA-EPG<br><br>ORDER APPROVING STIPULATED BRIEFING SCHEDULE<br><br>(ECF No. 103) |

This matter is before the Court on the parties' stipulation regarding post-mandate proceedings. (ECF No. 103). The purpose of the stipulation is to set forth the parties' plan for resolving the outstanding issues, which they identify as follows: "(1) Penn-Star seeks reimbursement from Zenith for the amounts it incurred for defense and indemnity in the underlying lawsuit which first gave rise to this action entitled *Garcia et al v. D.M. Camp & Sons, Inc., et. al.* which settled; and (2) Zenith disputes that Penn-Star is entitled to such recovery under the Zenith policies." To resolve these issues, the parties have proposed the following briefing schedule for cross-motions for summary judgment:

- Penn-Star files and serves its motion for summary judgment: 4/04/23
- Zenith files and serves its combined opposition to Penn-Star's motion and cross-motion for summary judgment: 4/18/23
- Penn-Star files and serves its combined reply in support of its motion and opposition to Zenith's motion: 5/12/23

1

- Zenith files and serves reply to Penn-Star's Opposition to Zenith's cross-motion for summary judgment: 5/30/23
- Hearing of both motions: 6/20/23

Upon review, IT IS ORDERED that the parties' stipulation (ECF No. 103) is approved, except that no hearing will be set before the District Judge on the motions; rather, the motions will be decided on the papers.

1. By no later than April 4, 2023, Penn-Star shall file its motion for summary judgment.
2. By no later than April 18, 2023, Zenith shall file its combined opposition to Penn-Star's motion and cross-motion for summary judgment.
3. By no later than, May 12, 2023, Penn-Star shall file its combined reply in support of its motion and opposition to Zenith's motion.
4. By no later than May 30, 2023, Zenith shall file its reply to Penn-Star's opposition to Zenith's cross-motion for summary judgment.
5. With the reassignment of this case to Judge de Alba, the parties are directed to review her standing order, which is available on the Court's website at the following address: https://www.caed.uscourts.gov/caednew/assets/File/ADA/ADA%20Standing%20Order_12162022.pdf

IT IS SO ORDERED.

Dated: **March 20, 2023**               /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE