IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, § § § § Plaintiff, § v. § § ZENITH INSURANCE COMPANY, § § Defendant. § § § | CIVIL ACTION NO. 1:18-cv-1319-LHR-EPG |

**FINAL JUDGMENT**

For the reasons set out in this court's Memorandum and Opinion entered on April 19, 2024, this civil action is dismissed with prejudice. This is a final judgment. Zenith Insurance Company is ordered to pay Penn-Star Insurance Company:

- the fees and expenses Penn-Star incurred defending Mr. Colotl and Golden Labor in *Garcia, et al. v. D.M. Camp & Sons, et al.*, Kern County Superior Court No. BCV-18-101531 SDS, totaling $169,088.98;

- the $1 million Penn-Star paid to settle *Garcia*; and

- prejudgment interest on those amounts.

SIGNED on April 19, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge