IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, § § § Plaintiff, § v. § § ZENITH INSURANCE COMPANY, § § Defendant. § § § | CIVIL ACTION NO. 1:18-cv-1319-LHR-EPG |

**MEMORANDUM AND ORDER**

On April 22, 2024, the court entered a final judgment awarding Penn-Star:

- the fees and expenses Penn-Star incurred defending Mr. Colotl and Golden Labor in *Garcia, et al. v. D.M. Camp & Sons, et al.*, Kern County Superior Court No. BCV-18-101531 SDS, totaling $169,088.98;

- the $1 million Penn-Star paid to settle *Garcia*; and

- prejudgment interest on those amounts.

(Docket Entry No. 134).

Penn-Star has moved to amend the judgment to specify an amount of prejudgment interest. (Docket Entry No. 135). Penn-Star asks the court to award $468,345.52 in prejudgment interest. (*Id.* at 3–4). Zenith has filed a response in opposition, asking the court to instead award Penn-Star $441,690.94 in prejudgment interest, or alternatively, $428,718.54. (Docket Entry No. 137).

The parties dispute whether prejudgment interest should be calculated through April 22, 2024, when final judgment was entered, or June 6, 2024, the date on which Penn-Star's motion to amend is set for hearing. They also dispute whether prejudgment interest on Penn-Star's fees and

expenses defending Mr. Colotl and Golden Labor should be calculated from "the date and amount of each discrete payment," or from July 14, 2020, the date that Penn-Star issued its settlement payment.

The court holds that Penn-Star is entitled to prejudgment interest running until April 22, 2024, when the final judgment was entered.  Penn-Star is also entitled to a calculation of prejudgment interest based on the date it incurred its defense fees and expenses, as "discrete payments."  The court is not persuaded by Zenith's argument that Penn-Star's prejudgment interest award should be reduced based on Penn-Star's refusal to accept Zenith's prior offer to settle Penn-Star's defense fees and costs, plus prejudgment interest.

The parties are ordered to confer to reach an agreement on the proper amount of prejudgment interest based on the court's rulings.  The parties must submit a proposed agreed amended final judgment by **May 24, 2024**.

Penn-Star has submitted a bill of costs in the amount of $2,192.73, and Zenith has not objected. (Docket Entry No. 136).  The bill of costs is approved.  The costs award will be reflected in the amended final judgment.

SIGNED on May 21, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge