JAMES C. NIELSEN (111889)
 jnielsen@nkllp.law
DANIEL N. KATIBAH (293251)
 dkatibah@nkllp.law
THOMAS H. NIENOW (136454)
 tnienow@nkllp.law
NIELSEN KATIBAH LLP
100 Smith Ranch Road, Suite 350
San Rafael, California 94903
Telephone: (415) 693-0900
Facsimile: (415) 693-9674

Attorneys for Plaintiff and Counter-Defendant
PENN-STAR INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH INSURANCE COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: 1:18-cv-01319-LHR-EPG<br><br>**AMENDED FINAL JUDGMENT** |

For the reasons set forth in this Court's Memorandum and Opinion entered April 19, 2024 (Docket Entry No. 133) and the Memorandum and Order entered May 21, 2024 (Docket Entry No. 140), the Court hereby enters an amended final judgment that Zenith Insurance Company is ordered to pay Penn-Star Insurance Company:

- The fees and expenses Penn-Star incurred defending Mr. Colotl and Golden Labor in *Garcia, et al. v. D.M. Camp & Sons, et al.*, Kern County Superior Court No. BCV-18-101531 SDS, totaling $169,088.98;

- The $1 million Penn-Star paid to settle *Garcia*;
- $453,935.58 in prejudgment interest through April 22, 2024;
- Costs per the bill of costs (Docket Entry No. 136) in the amount of $2,192.73; and
- Postjudgment interest, beginning on April 23, 2024, at a rate of 4.99 percent per annum on the above sums.

This is a final judgment that supersedes the original judgment, Docket Entry No. 134, entered in this case.

SIGNED on May 28, 2024, at Houston, Texas.

*[signature]*

Lee H. Rosenthal
United States District Judge