IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PENN-STAR INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 1:18-cv-1319-LHR-EPG |
| § | |
| ZENITH INSURANCE COMPANY, et al., § § | |
| Defendants. § § § | |

## ORDER

The court entered final judgment in favor of Penn-Star Insurance Company and against Zenith Insurance Company on May 8, 2024. (Docket Entry No. 142). Zenith has paid Penn-Star in full satisfaction of the judgment. (Docket Entry No. 143). The parties jointly stipulate to the dismissal of all claims and counterclaims with prejudice, and to waive the right to appeal from the judgment. (Docket Entry No. 144).

Accordingly, all claims and counterclaims are dismissed with prejudice.

SIGNED on June 7, 2024, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge